Ezekiel J. Williams, *pro hac vice admission pending*
John H. Bernetich, *pro hac vice admission pending*
Williams Weese Pepple & Ferguson, PC
1801 California St., Suite 3400
Denver, CO 80401
t: 303-861-2828
f: 303-861-4017
zwilliams@williamsweese.com
jbernetich@williamweese.com
*Attorneys for Plaintiff Silverton Mountain Guides LLC*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SILVERTON MOUNTAIN GUIDES LLC, an Alaska limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FOREST SERVICE, an agency of the U.S. Department of Agriculture,<br><br>Defendant. | Case No. 3:22-cv-00048-JWS |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, I, the undersigned counsel of record for Plaintiff Silverton Mountain Guides LLC, certify that SMG One LLC, an Alaska limited liability company, owns all of the equity of Plaintiff Silverton Mountain

1

*Silverton Mountain Guides LLC v. U.S. Forest Service*, No. 3:22-cv-0048-JWS

Guides LLC.  SMG One LLC has no parent corporation.  No publicly held corporation owns 10% of more of the stock of SMG One LLC.

Respectfully submitted this 14th day of March, 2022,

WILLIAMS WEESE PEPPLE & FERGUSON, P.C.

s/ Ezekiel J. Williams
Ezekiel J. Williams, *pro hac vice admission pending*
John H. Bernetich, *pro hac vice admission pending*
1801 California St., Suite 3400
Denver, CO 80202
(303) 228-2529
zwilliams@williamsweese.com
jbernetich@williamsweese.com

*Attorneys for Plaintiff Silverton Mountain Guides LLC*

# CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of March, 2022, a true and correct copy of the foregoing **CORPORATE DISCLOSURE STATEMENT** was filed with the Clerk of Court using the CM/ECF system and sent via regular U.S. Mail to the following:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Forest Service
1400 Independence Ave., SW
Washington, DC 20250-0003

Jeff Schramm
Chugach National Forest Supervisor
161 East 1st Ave., Door 8
Anchorage, AK 99501

U.S. Attorney for the District of Alaska
222 West 7th Avenue
Room 253, #9
Anchorage, AK 99513

*s/ Patricia Krakowski*