# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SILVERTON MOUNTAIN GUIDES LLC, an Alaska limited liability company, | )<br>)<br>) |
| Plaintiff, | ) |
| v. | ) Case No. 3:22-cv-00048-HRH |
| U.S. FOREST SERVICE, an agency of the U.S. Department of Agriculture, | )<br>) |
| Defendant. | ) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, I, the undersigned counsel of record for Defendant-Intervenor Applicant Pulseline Adventure, LLC ("Pulseline") certify that the ownership of Pulseline is held by the following entities in amounts designated: GKM Holdings, LLC (50.1%) and Perusse Ventures (49.9%). Pulseline has no parent corporation. No publicly held corporation owns 10% or more of the stock of Pulseline.

Respectfully submitted,

 s/  Kevin R. Garden
The Garden Law Firm, PC
901 N. Pitt Street, Suite 325
Alexandria, VA 22314
(703) 535-5565

Attorney for Defendant-Intervenor Applicant Pulseline Adventure LLC

Dated: April 19, 2022

1

Case 3:22-cv-00048-SLG     Document 14     Filed 04/20/22     Page 1 of 1