S. Lane Tucker
United States Attorney

DUSTIN M. GLAZIER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Dustin.Glazier@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SILVERTON MOUNTAIN GUIDES, LLC, )<br><br>Plaintiff, )<br><br>vs. )<br><br>UNITED STATES FOREST SERVICE )<br><br>Defendant. ) | Case No. 3:22-cv-00048-HRH |

**DECLARATION OF FOREST SUPERVISOR JEFF SCHRAMM
CERTIFYING THE ADMINISTRATIVE RECORD**

I, Jeff Schramm, declare as follows:

1.  I am employed by the U.S. Department of Agriculture, U.S. Forest Service as the Forest Supervisor of the Chugach National Forest in the Alaska Region.

2.  I am familiar with the documents that are contained in the aforementioned matters and have verified the Administrative Record in this case.

3.  To the best of my knowledge and belief, it is hereby certified that the material annexed and described in the index and filed contemporaneously therewith constitute a true, correct, and complete copy of the Administrative Record in this case.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 15th day of July, 2022, at Anchorage, Alaska.

Jeff Schramm
Forest Supervisor for the Chugach
National Forest, Alaska Region of
the U.S. Forest Service


*Silverton Mountain Guides, LLC v. United States Forest Service,*
Case No. 3:22-cv-00048-HRH

2