| Date (Year-Month-Day) | Admin Rcd # | Summary | Privileged |
|---|---|---|---|
| 20210412 | 1-52 | Email transmittal of SMG's appeal of the prospectus decision | |
| 20210412 | 53-100 | SMG's appeal of the prospectus decision (attachment to document #0001) | |
| 20210420 | 101-107 | SMG Appeal Exhibit 1--Declaration of Aaron Brill (attached to document #0002) | |
| 20210420 | 108-178 | SMG Appeal Exhibit 2--Cordova Ranger District Prospectus Package (attachment to document #0002-SMG) | |
| 20210420 | 179-235 | SMG Appeal Exhibit 3--SMG's application to the prospectus (attachment to document #0002-SMG) | Privileged |
| 20210420 | 236-289 | SMG Appeal Exhibits 4-14 (attachments to document #0002-SMG) | |
| 20210420 | 290-334 | SMG Appeal Exhibits 15-18 (attachments to document #0002-SMG) | |
| 20210419 | 337 | Appeal acknowledgement letter and email transmittal of letter | |
| 20210419 | 338-359 | 36 CFR 214 Regulations (attachment to #0012 Appeal acknowledgement letter and email transmittal of letter) | |
| 20210430 | 360-366 | Email from SMG responding to Pulseline's letter (which is attached) stating Pulseline's claim that Exhibit 3 was improperly served | |
| 20210430 | 367-369 | Email from Pulseline in response to SMG's email (#0019) re parties to the appeal | |
| 20210503 | 370-376 | Email and attachment--SMG responding to Pulseline's claim (see #0019) that Exhibit 3 in SMG's appeal was improperly served | |
| 20210503 | 377-382 | Email and attachment--Pulseline responding to SMG's response (#0021) regarding Exhibit 3 of the SMG appeal | |
| 20210504 | 383-416 | Email and attachment--Pulseline's request to intervene in SMG's appeal (and in Black Ops appeal--not attached) | |
| 20210504 | 417-432 | Email and attachment--Points North's request to intervene in SMG's appeal (and in Black Ops appeal--not attached) | |
| 20210427 | 433-437 | Email and attachment--Valdez Heli Ski Guides (VHSG) request to intervene in SMH and Black Ops appeals | |
| 20210506 | 438-439 | Contact Record of phone call regarding appeal process and SMG's assertions | |
| 20210507 | 440-442 | Email and attachment--SMG request for extension of time for oral presentation, if necessary | |
| 20210510 | 443-446 | Email and attachment--Pulseline responding to SMG's request to extend oral presentation timeline | |
| 20210510 | 447-466 | Email and attachment--SMG responding to PNH (#0028), Pulseline (#0027), and VHSG's (#0029) requests to intervene | |

| Date | Pages | Description | Status |
|---|---|---|---|
| 20210510 | 467-471 | Email and attachment-VHSG counsel appearance and BOV withdrawal of objection to VHSG's intervention | |
| 20210510 | 472-474 | Email and attachment--ADO's response re: dismissal of SMG appeal and Pulseline's request to extend time for intervention request | |
| 20210510 | 475-477 | Email and attachment--ADO's extension of timelines for responses to VHSG's requests to intervene and establishment of timeline for responsive statements | |
| 20210510 | 478-480 | Emails acknowledging #0037 and explaining timing of #0037 and #0040 | |
| 20210517 | 481-483 | Email and attachment--ADO's letter granting Points North intervenor status | |
| 20210517 | 484-486 | Email and attachment--ADO's letter granting Pulseline intervenor status | |
| 20210111 | 487-486 | Prospectus Application--AK Backcountry Guides | Privileged |
| 20210111 | 487-610 | Prospectus Application--Black Ops Valdez | Privileged |
| 20210111 | 611-721 | Prospectus Application--Black Ops Valdez | Privileged |
| 20210109 | 722-827 | Prospectus Application--Pulseline | Privileged |
| 20210108 | 828-888 | Prospectus Application--Points North | Privileged |
| 20210108 | 889-1100 | Prospectus Application--Points North | Privileged |
| 20201217 | 1101-1202 | Prospectus Application--Silverton | Privileged |
| 20210118 | 1203-1259 | Prospectus Application--Triple Point Expeditions | Privileged |
| 20210118 | 1260-1410 | Prospectus Application--Triple Point Expeditions | Privileged |
| 20210102 | 1411-1552 | Prospectus Application--Valdez Heli-Ski Guides | Privileged |
| 20210102 | 1553-1777 | Prospectus Application--Valdez Heli-Ski Guides | Privileged |
| 20210102 | 1778-1831 | Prospectus Application--Valdez Heli-Ski Guides | Privileged |
| 20201028 | 1832-1869 | Email correspondence regarding heliski prospectus review panel members | |
| 20210119 | 1870-1875 | Email-Confirming receipt of prospectus application package | |
| 20210120 | 1876-1877 | Letter stating prospectus application accepted for processing | |

| | | | |
|---|---|---|---|
| 20210120 | 1878 | Letter stating prospectus application accepted for processing | |
| 20210301 | 1879 | Prospectus selection decision--letter to AK Backcountry | |
| 20210301 | 1880-1882 | Prospectus selection decision--letter to Black Ops Valdez | |
| 20210301 | 1888-1889 | Prospectus selection decision--letter to Points North (attached to #0084-SMG) | |
| 20210301 | 1890-1892 | Prospectus selection decision--letter to Pulseline (attached to #0085-SMG) | |
| 20210301 | 1893-1895 | Prospectus selection decision--letter to SMG | |
| 20210301 | 1896-1897 | Prospectus selection decision--letter to Triple Point | |
| 20210301 | 1898-1900 | Prospectus selection decision--letter to VHSG (attached to #0086-SMG) | |
| 20210302 | 1901-1903 | Email to Points North re selection decision | |
| 20210302 | 1904-1906 | Email to Pulseline re selection decision | |
| 20210302 | 1907-1908 | Email to VHSG re selection decision | |
| 20210108 | 1909-1911 | State of Idaho Business Check--Pulseline | |
| 20210126 | 1912 | Prospectus Panel Meeting Notes | Privileged |
| 20210203 | 1913-1714 | Reference Checks--AK Backcountry | |
| 20210203 | 1915-1916 | Reference Checks--Black Ops | |
| 20210203 | 1917 | Reference Checks--Points North | |
| 20210202 | 1918-1923 | Reference Checks--Pulseline | |
| 20210203 | 1924-1926 | Reference Checks--Silverton | |
| 20210203 | 1927-1928 | Reference Checks--VHSG | |
| no date | 1929-2109 | List of Potential Panelists | Privileged |
| no date | 2110-2663 | Blank Application Evaluation Form | |
| no date | 2664 | Completed Application Evaluation Form with Rankings | Privileged |
| 20210211 | 2665 | Application Evaluation and Recommendation for Guided Helicopter Skiing Prospectus | Privileged |
| 20210205 | 2666-2672 | Emails regarding FS background checks on applicants with 6 incident reports. | Privileged |

| | | | |
|---|---|---|---|
| 20200724 | 2673-2679 | FSM 2710 Special Use Authorizations, Amendment: 2710-2020-2 | |
| 20200701 | 2680-2681 | Code of Federal Regulations, Title 36, Parts 200-299, Revised July 1, 2020 | |
| no date | 2682-2688 | US Small Business Association Table of Size Standards (web link)--"Exhibit L" | |
| 20201203 | 2689-2690 | News Article--The Cordova Times: "USDA offers session for potential guided helicopter skiing services" | |
| 20201215 | 2691-2693 | Prospectus FAQ | |
| 20201218 | 2694-2695 | Prospectus FAQ revised 12/18/2020 | |
| 20201127 | 2696-2699 | Letter to prospective applicants | |
| 20201222 | 2700-2707 | Prospectus FAQ revised 12/22/2020 | |
| 20210302 | 2708 | USFS communications log, 1/19/21-3/2/21 | |
| 20201123 | 2709 | Email and news release regarding heliski prospectus | |
| 20201124 | 2710-2711 | Email and news release regarding heliski prospectus | |
| 20201130 | 2712-2715 | Email regarding prospectus and upcoming open house | |
| 20201222 | 2716-2719 | Email re: updated FAQs | |
| 20201123 | 2720-2737 | News Release: Solicitation Announcement | |
| 20201130 | 2738-2752 | News Release: Prospectus Opens and Open House | |
| 20210315 | 2753-2823 | News Release: Selection Decision and NEPA | |
| 20201209 | 2824-2826 | Open House Notes | Privileged |
| 20201209 | 2827-2831 | Open House Powerpoint and Notes from meeting | |
| 20201209 | 2832-2835 | Open House Powerpoint with presenter notes | |
| 202011XX | 2836-2837 | Prospectus Package R10-MB-882 | |
| no date | 2838-2842 | Timeline for prospectus/award process | |
| 20210524 | 2843-2847 | Response to VHSG petition to intervene--email and attachments | |
| 20210525 | 2848-2852 | Update letter re: SMG appeal # 21-10-04-0001 A214 | |

| Date | Pages | Description | |
|---|---|---|---|
| 20210528 | 2853-2857 | Procedural order extending due date for responsive statements | |
| 20210602 | 2858-2862 | Letter to Pulseline regarding application and disposition in appeal record | |
| 20210602 | 2863-2867 | Letter to AK Backcountry regarding application and disposition in appeal record | |
| 20210602 | 2868-2872 | Letter to BOV regarding application and disposition in appeal record | |
| 20210602 | 2873-2875 | Letter to PNH regarding application and disposition in appeal record | |
| 20210602 | 2876-2877 | Letter to SMG regarding application and disposition in appeal record | |
| 20210602 | 2878-2881 | Letter to Triple Point regarding application and disposition in appeal record | |
| 20210602 | 2863-2867 | Letter to VHSG regarding application and disposition in appeal record | |
| 20210603 | 2868-2872 | Email from SMG stating that they do not object to redacted version of application | |
| 20210603 | 2873-2875 | Email communication: clarification regarding redactions | |
| 20210603 | 2876-2877 | Response to Schramm letter regarding redactions | |
| 20210604 | 2878-2881 | Email responding to Krekow and S Hall questions | |
| 20210604 | 2882-2885 | Email: Sarah Hall questions regarding redacted proposals | |
| 20210608 | 2886-2891 | PNH objection to release of some proposal information | |
| 20210609 | 2892-2896 | Responsive statement to Appeal #21-10-04-001 A214, Silverton Mountain Guides | |
| 20210621 | 2897-2910 | SMG's reply to responsive statement | |
| 20210621 | 2911-2932 | Pulseline's reply to responsive statement | |
| 20210618 | 2933-2972 | VHSG's reply to responsive statement | |
| 20210630 | 2973-2975 | Summary of oral presentation--SMG | |
| 20210630 | 2976-2987 | Summary of oral presentation--Pulseline | |
| 20210621 | 2988-2998 | Email regarding oral presentation procedures | |
| 20210701 | 2999-3001 | Email and letter--closing of appeal record | |

| Date | Bates | Description | Status |
|---|---|---|---|
| 20210311 | 3002 | Signed request for records under the Freedom of Information Act (FOIA) submitted by Mr. Brill on behalf of Silverton Mountain Guides | |
| 20210311 | 3003-3004 | Email: request for records under the Freedom of Information Act | |
| 20210716 | 3005-3007 | Alaska Regional Forester, David Schmid response to Silverton's FOIA request #1 | Privileged |
| 20210728 | 3008-3009 | Alaska Regional Forester, David Schmid response to Silverton's FOIA request #2 | |
| 20210816 | 3010-3073 | Silverton Mountain Guides' appeal of FOIA response. This includes exhibits: March 11, 2021 FOIA request; July 16, 2021 and July 28, 2021 Regional Forester's responses to FOIAs 1 and 2; emails with redacted information; Application Evaluation and Recommendation with redacted information; August 9, 2021 decision on appeal of the Cordova District Ranger's prospectus decision | Privileged |
| 20210318 | 3074-3075 | Silverton Mountain Guides submitted a FOIA request to the Regional Office for a copy of any helicopter-skiing permit, special use permit, or special recreation permit issued by the United States Forest Service in Alaska to Pulseline Adventure, LLC | |
| 20210419 | 3076-3143 | FOIA response to March 18, 2021 letter. Reply from Alaska Regional Forester, David Schmid to Ezekiel J. Williams, Counsel to Silverton Mountain Guides, LLC. | |
| 20210809 | 3144-3156 | Decision by Chugach Forest Supervisor on the Appeal 21-10-04-0001 A214 submitted by Silverton Mountain Guides. | |
| 20210907 | 3157 | Alaska Regional Forester, David Schmid informed Mr. Aaron Brill of Silverton Mountain Guides via letter that a discretionary review would not be done and that this action constituted the final administrative determination of the USDA Forest Service regarding Silverton Mountain Guides' appeal | |
| 20210809 | 3158 | Transmittal letter by Chugach Forest Supervisor on Appeal 21-10-04-0001 A214 asking for discretionary review. | |
| 20210630 | 3159 | Oral Presentation | |